**Leonard A. GIVENS, Plaintiff-Appellant,**

v.

**David AARON; Timothy Reynold; John Doe 1-5; Louis Griffin; John Hunt; James Bird; Matthew Boone; Manuel Zaccheus, Defendants-Appellees,**

and

**David R. Mitchell, Defendant.**

**No. 16-7291**

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2017

Decided: May 9, 2017

Leonard A. Givens, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, DUNCAN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonard A. Givens appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Givens v. Aaron,* No. 3:14-cv-00378-FDW, 2016 WL 4546448 (W.D.N.C. Aug. 31, 2016). We deny Givens' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*